| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Smith , William E. | 2. Court or Organization District of Rhode Island | 3. Date of Report 07/08/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III -- active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ✔ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2019 **to** 12/31/2019 |
| 7. Chambers or Office Address U.S. Courthouse One Exchange Terrace Providence, RI 02903 | | |

*IMPORTANT NOTES: **The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.***

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Family Service of Rhode Island |
| 2. Director | Rhode Island Burn Foundation |
| 3. Director | Roger Williams University School of Law |
| 4. Trustee | Roger Williams University |
| 5. Director | Frank Church Institute, Boise State University |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2019 | Roger Williams University School of Law; agreement to teach Judicial Process Seminar; spring and falls semesters |
| 2. 2012 | Elsevier Publishing Co; agreement author book with two coauthor (Drs. Peter Snyder and Linda Mayers) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith , William E. | 07/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Roger Williams University School of Law - teaching | $28,440.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Commerce RI - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith , William E. | 07/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith , William E. | 07/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. American Beacon Bridgeway LC Value; Appraisal date: 12/31/2019 | A | Dividend | K | Q | Buy | 8/28/19 | K | | |
| 2. Barclays Bank Structured Note; Appraisal date: 12/31/2019 | A | Interest | K | Q | Buy | 8/30/19 | K | | |
| 3. HSBC Structured Note; Appraisal date: 12/31/2019 | A | Interest | K | Q | Buy | 8/30/19 | K | | |
| 4. JP Morgan Structured Note; Appraisal date: 12/31/2019 | A | Interest | K | Q | Buy | 8/30/19 | K | | |
| 5. American Funds Europacific Growth; Appraisal date: 12/31/2019 | A | Dividend | K | Q | Buy | 8/28/19 | K | | |
| 6. Fidelity Advisor Total Bond; Appraisal date: 12/31/2019 | A | Int./Div. | K | Q | Buy | 8/28/19 | K | | |
| 7. IShares Core SP Mid Cap ETF; Appraisal date: 12/31/2019 | A | Int./Div. | K | Q | Buy | 8/28/19 | K | | |
| 8. IShares Core Total US Stock Market ETF; Appraisal date: 12/31/2019 | A | Dividend | K | Q | Buy | 8/28/19 | K | | |
| 9. Invesco Oppenheimer Developing Mkts Fund; Appraisal date: 12/31/2019 | A | Int./Div. | K | Q | Buy | 8/28/19 | K | | |
| 10. PGIM Short Term Bond Fund; Appraisal date: 12/31/2019 | A | Dividend | J | Q | Buy | 8/28/19 | J | | |
| 11. Invesco QQQ ETF; Appraisal date: 12/31/2019 | A | Dividend | K | Q | Buy | 8/28/19 | J | | |
| 12. Invesco S&P 500 Equal Weight ETF; Appraisal date: 12/31/2019 | A | Dividend | K | Q | Buy | 8/28/19 | K | | |
| 13. SPDR Series Tr S&P Dividend ETF; Appraisal date: 12/31/2019 | A | Dividend | K | Q | Buy | 8/28/19 | K | | |
| 14. Vanguard Small Cap ETF; Appraisal date: 12/31/2019 | A | Dividend | K | Q | Buy | 8/28/19 | J | | |
| 15. Vanguard Growth ETF; Appraisal date: 12/31/2019 | A | Dividend | K | Q | Buy | 8/28/19 | K | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Smith , William E.** | 07/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions (continued)

6. Director, YMCA of Greater Providence

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William E. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544